THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX GRUBERMAN, Appellant.— Appeal from a judgment of the County Court of Kings county convicting the defendant of the crime of robbery in the first degree, committed while armed with a dangerous weapon. Judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD I. MARGOLIN, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of impersonating an officer (Penal Law, § 931), from an order denying his motion to dismiss the information, and from the sentence that he be imprisoned in the workhouse for three months. Judgment of conviction and order affirmed. Appeal from sentence dismissed. No opinion. Lazansky, P. J., Johnston and Adel, JJ., concur; Hagarty and Taylor, JJ., dissent and vote to reverse and to dismiss the information.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NEBOH KOSHER PROVISION Co., INC., Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of a violation of section 435-a of the Penal Law in respect to fraudulently selling and offering for sale non-kosher meat, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IVAN TAVANOWICZ, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of violating section 106, subdivision 5, paragraph (a), of the Alcoholic Beverage Control Law, and sentencing him to pay a fine of twenty-five dollars or to serve five days in the city prison, and order denying motion to dismiss, reversed on the law, information dismissed and fine remitted. The evidence is insufficient to establish that the crime charged was committed. Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ., concur.

ANNA RICHTER, Appellant, v. RICHARD A. GEIS, Respondent, and ARIES CORPORATION, Defendant.— In an action to recover on an alleged guaranty of payment of a mortgage owned by plaintiff, order granting summary judgment and dismissing the complaint on the merits, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

MARIE E. SINGER, Respondent, v. ELMER A. CROSSLEY and HARRIET B. CROSSLEY, Appellants.— Action brought pursuant to the provisions of sections 271, 272, 273 and 278 of the Debtor and Creditor Law, to set aside a conveyance of real property. Judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.